IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE MARSHALL, individually and as next friend of Colton Marshall, Gaige Marshall, McKenna Marshall, Ethan Marshall, and Ashton Marshall, her minor children;<br><br>                Plaintiff,<br><br>vs.<br><br>KERRY T. WINTERER, In their individual capacities as employees and agents of the state of Nebraska Department of Health and Human Services; JASON C. DEMMAN, In their individual capacities as employees and agents of the state of Nebraska Department of Health and Human Services; and STATE OF NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                Defendants. | 4:13CV3089<br><br>ORDER |

IT IS ORDERED:

1) The motion of Defendant, Jason C. Demman, (Filing No. 7), is granted.

2) The filing captions and the court's docket sheet for this case shall hereafter identify defendant "Jason C. Denman" as "Jason C. Demman".

June 27, 2013.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge